IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL V. AMBROSE,

              Plaintiff,

      v.

TRAIN COLLECTORS
ASSOCIATION, EASTERN
DIVISION - T.C.A.,
              Defendants/Third
              Party Plaintiffs,
      v.

KRAUSE PUBLICATIONS and
DAVID DOYLE,
           Third Party Defendants.

07cv1248
**ELECTRONICALLY FILED**

**MEMORANDUM ORDER ADOPTING SPECIAL MASTER'S
REPORT AND RECOMMENDATION (DOC. NO. 169) and
GRANTING PLAINTIFF'S MOTION TO ADOPT THE SPECIAL MASTER'S
REPORT AND RECOMMENDATION (DOC. NO. 170)**

Before the Court is a Motion to Adopt the Special Master's Report and Recommendation

filed by Plaintiff, Paul Ambrose. The Court will adopt said Report and Recommendation for the

reasons set forth below, and will enter an appropriate Order on this pending motion.

On January 28, 2010, pursuant to Fed.R.Civ.P. 53, this Court appointed Special Master

Lisa Silverman[1] to resolve and decide a Renewed Motion for Attorney Fees (doc no. 147) filed

by Third Party Defendant, Krause Publications, Inc. See doc no. 162. Special Master Silverman

---

[1] Lisa Silverman is an attorney with twenty years of legal experience. She served the United
States Court of Appeals for the Third Circuit as a judicial law clerk to the late Honorable Carol
Los Mansmann from 1994 to 1995, and the Honorable D. Michael Fisher from 2004 to 2005.
She also served the Western District Court of Pennsylvania as a judicial law clerk to the
undersigned judge from 2003 to 2004. Ms. Silverman also worked as a trial attorney for three
law firms over the tenure of her career: first, at Buchanan Ingersoll (1991-1994 and 1995-1997);
then, at Babst, Calland, Clements and Zomir (1997-2002); and most recently, at Jones Day
(2005-2009).

filed her Report and Recommendation (doc. no. 169) on July 29, 2010. Any objections to the Report and Recommendation were due within twenty-one (21) days after the filing of the Report and Recommendation. As of this date, there are no objections pending before this Court relating to the Report and Recommendation of the Special Master. On August 15, 2010, Plaintiff filed a Motion requesting this Court adopt the Special Master's Report and Recommendation. Doc. no. 170.

After conducting an independent and detailed review of Third Party Defendant, Krause Publication, Inc.'s, Renewed Motion for Attorney Fees and Expenses and its brief in support of same (doc nos. 147-148), the Briefs in Opposition thereto filed by Plaintiff, Paul Ambrose, and Defendant/Third Party Plaintiff, Train Collectors Association, Eastern Division - T.C.A., (doc. nos. 153-154), and the Reply Brief filed by Third Party Defendant, Krause, as well as the Report and Recommendation, and hearing no objection to the Report and Recommendation, it is hereby ORDERED that the Report and Recommendation of Special Master Silverman (doc. no. 169), is ADOPTED, without revision or modification, by the Court, and the pending Renewed Motion for Attorney Fees and Expenses (doc no. 147) is DENIED.

SO ORDERED, this 25th day of August, 2010.


s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge


cc:    All Registered ECF Counsel and Parties